**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI**

In re: CHRISTOPHER KNIGHT                                                         CHAPTER 13
    Debtor                                                                                      CASE NO. 13-13332-JDW

## OBJECTION TO CHAPTER 13 PLAN CONFIRMATION

    **COMES NOW**, Harley-Davidson Credit Corp. ("Movant"), a secured creditor herein, and objects to confirmation of the Chapter 13 Plan on the following grounds:

    1.    Movant holds a secured claim against the Debtor.

    2.    Debtor's Chapter 13 Plan proposes to surrender the 2006 Harley-Davidson FLSTFSE2 Screamin'Eagle motorcycle, with a value of $19,000.00.  The actual amount owed is $19,648.16.

    3.    Movant requests that opportunity to file a deficiency claim for the balance owed on the motorcycle after sale, if any, and such deficiency claim would be treated as a general unsecured claim.

    **WHEREFORE, PREMISES CONSIDERED,** Movant files its Objection to Chapter 13 Plan Confirmation and prays for allowance of filing of a deficiency amount owed on the property and for such other and more general relief as is just.

    Respectfully submitted,

    **BENNETT LOTTERHOS SULSER
    & WILSON, P.A.**

    /s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
190 East Capitol Street, Suite 650 (39201)
Post Office Box 98
Jackson, Mississippi  39205-0098
Telephone:     (601) 944-0466
Facsimile:      (601) 944-0467
cbarbour@blswlaw.com

## CERTIFICATE OF SERVICE

I, Charles Frank Fair Barbour, do hereby certify this day that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

William C. Cunningham at mcnotices@gmail.com

Terre M. Vardaman at VARDAMAN13ECF@gmail.com

US Trustee at USTPRegion05.AB.ECF@usdoj.gov

/s/ Charles Frank Fair Barbour