UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  
CHRISTOPHER KNIGHT,  
   Debtor

CHAPTER 13  
CASE NO.: 13-13332-JDW

HARLEY-DAVIDSON CREDIT CORP.,  
   Movant

V.

CHRISTOPHER KNIGHT,  
   Respondent

## AGREED ORDER LIFTING AUTOMATIC STAY, TO ABANDON PROPERTY AND OTHER RELIEF

**CAME BEFORE THIS COURT** on Motion, *ore tenus*, of Harley-Davidson Credit Corp. ("Movant") for relief from the automatic stay of 11 U.S.C. § 362 and for abandonment pursuant to 11 U.S.C. § 554(b) and for other relief, and the Court, being fully advised in the premises, and based upon the agreement of the parties, does hereby find and order as follows:

1. Movant holds a valid claim against Debtor, which is secured by a 2006 Harley-Davidson FLSTFSE2 Screamin' Eagle motorcycle, VIN 1HD1PNF316Y952576 ("Property").

2. Movant has not been provided adequate protection with respect to its claim secured by the Property.

3. That good and sufficient cause exists to lift, terminate and annul the automatic stay of 11 U.S.C. § 362, and for the property to be abandoned.

4. On information and belief, Debtor intends to voluntarily surrender the Property.

5. This Order shall be binding upon Debtor, Debtor's successors and assigns, and any other parties-in-interest.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the automatic stay of 11 U.S.C. § 362 and any other restraint against Movant exercising its rights as to its collateral is lifted, vacated, terminated and annulled as to Movant without further order of this Court and that the property is abandoned to Movant pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that the provisions of Bankruptcy Rule 4001(a)(3) are waived and the Order shall be in full force and effect upon signature of this Court, and that entry of this order shall constitute entry of final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure.

Finally, the parties shall execute such other instruments or instruments as may be reasonably necessary to give effect to the purpose and intent of this Agreed Order.

This the 30th day of September, 2013.

_____
Bankruptcy Court Judge

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
190 East Capitol Street, Suite 650 (39201)
Post Office Box 98
Jackson, Mississippi 39205-0098
Telephone:    (601) 944-0466
Facsimile:    (601) 944-0467

2

Agreed and Approved by:

_____
Charles Frank Fair Barbour
Attorney for Movant

_____
William C. Cunningham
Attorney for Debtor

_____
Terre M. Vardaman
Bankruptcy Trustee

3