# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF MISSISSIPPI

**In re: CHRISTOPHER KNIGHT**  **CHAPTER 13**
**Debtor**  **CASE NO. 13-13332-JDW**

## AGREED ORDER [Dkt #45]

**CAME BEFORE THIS COURT** on Objection of Harley-Davidson Credit Corp. ("Movant") to the Chapter 13 Plan, and the Court being fully advised in the premises and based upon the agreement of the parties, does hereby find that the parties agree as follows:

1. That Movant holds a claim against Debtor which is secured by a 2006 Harley-Davidson FLSTFSE2 Screamin'Eagle, VIN 1HD1PNF316Y952576 ("Vehicle").

2. Debtor is surrendering the Vehicle.

3. That the parties have agreed to allow Movant to file an amended proof of claim regarding its deficiency claim after sale of the Vehicle, if any, and such deficiency claim would be treated as a general unsecured claim.

4. That this Order shall be binding upon the Debtor, the Debtor's successors and assigns.

5. The Objection to the plan is hereby withdrawn.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Movant's objection to the Plan is withdrawn and that Movant shall be entitled to file an amended proof of claim regarding its deficiency claim after sale of the Vehicle, if any, and such deficiency claim will be treated as a general unsecured claim.

This the 30th day of September, 2013.

_____
Bankruptcy Court Judge

AGREED AND APPROVED
AS TO FORM

*[signature]*

Charles Frank Fair Barbour
Attorney for Movant

*[signature]*

William C. Cunningham
Attorney for Debtor

*[signature]*

Terre M. Vardaman
Chapter 13 Trustee

Submitted by:
Charles Frank Fair Barbour, MSB # 99520
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
190 East Capitol Street, Suite 650 (39201)
Post Office Box 98
Jackson, Mississippi 39205-0098
Telephone:    (601) 944-0466
Facsimile:    (601) 944-0467

2